UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
NEXXEN GROUP LLC,                                                       :
                                                                        :
                        Plaintiff,                                      :
                                                                        :      24 Civ. 9519 (JPC)
            -v-                                                         :
                                                                        :      ORDER
THE BOLDE INC. *et al.*,                                                :
                                                                        :
                        Defendants.                                     :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On February 18, 2025, Defendant Harleen Kahlon filed a motion to dismiss the Complaint, Dkt. 1. Dkts. 19-21. Then, on March 10, 2025, Plaintiff filed a First Amended Complaint. Dkt. 22. Accordingly, Defendant Kahlon's motion to dismiss is denied without prejudice as moot. The Clerk of Court is respectfully directed to close Docket Number 19.

      SO ORDERED.

Dated: April 14, 2025
      New York, New York

                                                  JOHN P. CRONAN
                                           United States District Judge