```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
NEXXEN GROUP LLC,                                                      :
                                                                       :
                              Plaintiff,                               :
                                                                       :       24 Civ. 9519 (JPC)
              -v-                                                      :
                                                                       :              ORDER
THE BOLDE INC. et al.,                                                 :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 17, 2025, the Court ordered Plaintiff to serve a copy of that Order on defense counsel by June 19, 2025, and to file proof of such service by June 20, 2025. Dkt. 28. To date, Plaintiff has failed to file the proof of service. Accordingly, by 5:00 p.m. on June 26, 2025, Plaintiff shall serve defense counsel with a copy of the Order at Docket Number 28 via email and file proof of such service on the docket. The Court advises Plaintiff that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute

SO ORDERED.

Dated: June 25, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge